UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:04CV390**

| | |
|---|---|
| LARRY J. HICKS, *et al,* ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| TOSCO MARKETING CO., *et al,* ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to the **May 7, 2007 term of court at 10:00 a.m.** in Charlotte.

So ordered.

Signed: January 23, 2007

Graham C. Mullen
United States District Judge