| | | |
|---|---|---|
| IN THE DISTRICT COURT OF THE UNITED STATES<br>FOR THE WESTERN DISTRICT OF NORTH CAROLINA<br>CHARLOTTE DIVISION<br>3:04CV390-MU | | |
| Larry J. Hicks and Glenda W. Hicks, d/b/a/ Hicks 76, Pertrol Stop, d/b/a Paul 76, Nayala, Inc., Dwarkabas Shah, DV Shah Corp., Rajendra Gandi, Sisha, Inc., d/b/a Eastway 76, D.C. Carlton, Inc., D.C. Carlton, II, Inc. and Donnell Carlton,<br><br>         Plaintiffs,<br><br>   vs.<br><br>Tosco Marketing Company, a division of Tosco Corporation, Nevada Corporation and ConocoPhillips Services, Inc., Texas Corporation,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER OF DISMISSAL |

  Upon motion of the Plaintiffs, and it appearing the Defendants have consented hereto, it is hereby ordered that the Plaintiffs' complaint and the Defendants' counterclaim are dismissed without prejudice subject to the following term: If the Plaintiffs re-file any of the claims asserted in this lawsuit against any of the Defendants herein, the Plaintiffs or the Defendants, whoever may be successful in the re-filed litigation, shall have the right to seek reimbursement from the other any costs or fees incurred in this lawsuit as if those

costs or fees had been incurred in the re-filed lawsuit.

       IT IS SO ORDERED.

| We so move: | We consent: |
|---|---|
| /s/Larry J. Hicks<br>**Larry J. Hicks,** individually and *doing business as* **Hicks 76** | /s/Kenneth R. Raynor<br>**Kenneth R. Raynor**<br>Templeton & Raynor, P.A.<br>1800 East Blvd<br>Charlotte, NC 28203<br>704.344.8500<br>Fax: 704.344.8555<br>Email: ken@templetonraynor.com<br>Attorney for the Defendants |
| /s/Glenda W. Hicks<br>**Glenda W. Hicks,** individually and *doing business as* **Hicks 76** | |
| **Petrol Stop, Inc.** *doing business as* **Paul's 76** and inadvertently identified in the complaint herein both as Petrol Shop, Inc. and Pertol Shop, Inc.<br>**By: Utpal B. Parikh, President** | |
| /s/Dwarkabas Shah<br>**Dwarkabas Shah,** individually and on behalf of **DV Shah Corporation** | |
| /s/Donnell Carlton<br>**Donnell Carlton,** individually and on behalf of **Carlton, Inc.** *doing business as* **Monroe 76** and on behalf of **D.C. Carlton, II, Inc.** *doing business as* **Tryon 76** | |
| /s/Lee D. Andrews<br>**Lee D. Andrews**<br>**P.O. Box 21472**<br>**308 South Elm Street**<br>**Greensboro, NC 27420**<br>336/ 378-0533<br>Fax: 336/ 378-0462<br>Email: lee_andrews@bellsouth.net<br>**Attorney for the Plaintiffs** | |

Signed: March 6, 2007

Graham C. Mullen
United States District Judge